UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | Case No. 1:26-cv-01692-ALC |

**STIPULATION AND [PROPOSED] SCHEDULING ORDER**

**WHEREAS**, on March 2, 2026, Plaintiff Solomon Feldman ("Plaintiff") filed a putative securities fraud class action Complaint against Defendants Apollo Global Management, Inc., Marc Rowan, and Leon Black (the "Defendants");

**WHEREAS**, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and is accordingly governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and its procedures for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3);

**WHEREAS**, pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3)(A)(i), on March 2, 2026, Plaintiff's counsel published notice alerting investors to the pendency of the above-captioned action;

**WHEREAS**, the PSLRA provides a procedure for the appointment by the Court of a lead plaintiff and lead counsel to represent the putative class, for which motions are to be filed on or before the statutory deadline of May 1, 2026;

**WHEREAS**, the PSLRA allows "any member of the purported class," whether or not they previously filed a complaint, to move the Court to serve as lead plaintiff by the statutory deadline;

**WHEREAS**, lead plaintiff and lead counsel will not be appointed until after the completion of briefing on any lead plaintiff motions, and accordingly, it is unclear at this time who will ultimately have the authority to act on behalf of the putative class, and whether the court-appointed lead plaintiff will file an amended complaint, a consolidated complaint, or stand on the Complaint filed herein;

**WHEREAS**, the undersigned counsel for Defendants hereby accepts service on behalf of each of the Defendants;

**WHEREAS**, because the PSLRA imposes a mandatory stay of discovery and other proceedings until and unless a motion to dismiss is denied, the proposed extension will have no effect on any pre-trial or trial dates in this Action;

**WHEREAS**, no party has previously requested or received an extension of time and the Parties do not seek an extension for the purpose of delay; and

**WHEREAS**, the Parties have met and conferred and agree that, in the interests of judicial economy, conservation of time and resources, and orderly management of this Action, Defendants need not move, answer, or otherwise respond to the Complaint until after: (i) the lead plaintiff and lead counsel are appointed and approved by the Court pursuant to the PSLRA; and (ii) the lead plaintiff files or identifies an operative complaint.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff and Defendants, and subject to Court approval, as follows:

1. By entering into this stipulation, Defendants accept service and expressly reserve all of their respective rights, claims, and defenses other than a defense to the sufficiency of service.

2. Within fourteen (14) days of the entry of an order appointing the lead plaintiff and approving the lead counsel, lead counsel and counsel for Defendants shall submit to the Court a proposed schedule for filing an amended or consolidated complaint or designating the operative complaint and for briefing on any motion to dismiss or response. Defendants shall have no obligation to move, answer, or otherwise respond to the Complaint until the date ordered by the Court after it receives the proposed schedule.

**IT IS SO STIPULATED.**

Dated: March 23, 2026

By: *<u>/s/ Phillip Kim</u>*
**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Ave., 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
philkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiff*

By: *<u>/s/ Michael P. Sternheim</u>*
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
Scott B. Luftglass
Michael P. Sternheim
One New York Plaza
New York, NY 10004
Tel.: 212-859-8000
Scott.Luftglass@friedfrank.com
Michael.Sternheim@friedfrank.com

*Counsel for Defendants Apollo Global Management, Inc. and Marc Rowan*

By: *<u>/s/ Michael B. Carlinsky</u>*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Michael B. Carlinsky
Ryan Rakower
295 Fifth Avenue
New York, NY 10016
Tel.: 212-849-7000
michaelcarlinsky@quinnemanuel.com
ryanrakower@quinnemanuel.com

*Counsel for Defendant Leon Black*

**IT IS SO ORDERED** this _____ day of March, 2026.

_____________________________________
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE