UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**NOTICE OF PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Public Employees' Retirement System of Mississippi ("MSPERS" or "Movant"), by and through its undersigned counsel, will and does hereby move this Court, pursuant to Section 21(D)(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order: (1) consolidating the above-captioned Actions; (2) appointing Movant as Lead Plaintiff in this Consolidated Action; and (2) approving Movant's selection of Kahn Swick & Foti, LLC ("KSF") as Lead Counsel.

In support of this Motion, Movant submits a Memorandum of Law, the Declaration of Kim E. Miller, and a [Proposed] Order granting Movant's Motion. As set forth in the Memorandum in Support filed concurrently herewith, consolidation of the above-captioned Actions is appropriate, and Movant believes it is the "most adequate plaintiff" pursuant to the PSLRA and should therefore be appointed Lead Plaintiff. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb). Specifically, Movant believes it has the "largest financial interest" in the relief sought by the Class as a result of the substantial loss it suffered on purchases of Apollo Global Management, Inc. securities during the Class Period. Additionally, Movant also believes it "satisf[ies] the requirements of Rule 23 of the Federal Rules of Civil Procedure" because its claims are typical of those of other Class members and because it will fairly and adequately represent the interests of the Class. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc).

DATED: May 1, 2026

Respectfully submitted,

**KAHN SWICK & FOTI, LLC**

*/s/ Kim E. Miller*
Kim E. Miller (KM-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Public Employees' Retirement System of Mississippi and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

On May 1, 2026, the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kim E. Miller*
Kim E. Miller