# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>   Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>   Defendants. | **Case No. 1:26-cv-03550** |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF
PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S
MOTION FOR CONSOLIDATION OF RELATED ACTIONS,
APPOINTMENT AS LEAD PLAINTIFF, AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.      I am a Partner at Kahn Swick & Foti, LLC ("KSF"), Proposed Lead Counsel for the Class, and have personal knowledge of the facts set forth herein. I am duly admitted to practice law in the State of New York and admitted before this Court.

2.      I make this Declaration in support of the Motion of Public Employees' Retirement System of Mississippi ("MSPERS") for: (1) consolidation of the above-captioned Actions; (2) appointment as Lead Plaintiff in the Consolidated Action; and (3) approval of its selection of KSF as Lead Counsel.

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | PSLRA Certification of MSPERS; |
| Exhibit B: | Chart setting forth Movant's financial interest in the Action(s); |
| Exhibit C: | Press release published via *Business Wire* on March 2, 2026, announcing pendency of the *Feldman* Action; |
| Exhibit D: | Declaration of Laken Ryals; |
| Exhibit E: | KSF Firm Resumé. |

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 1st day of May, 2026, at Greenwich, Connecticut.

*/s/ Kim E. Miller*
Kim E. Miller

1