# Exhibit B

**Class Period Losses**

**Public Employees' Retirement System of Mississippi (MSPERS)**

**APOLLO GLOBAL MANAGEMENT, INC. (XNYS:APO)**

| | |
|---|---|
| **Class Period Begins:** | 5/10/2021 |
| **Date(s) of Alleged Corrective Disclosure(s):** | |
| | 2/1-3/26 |
| | 2/17-19/26 |
| | 2/21-23/26 |
| **Class Period Ends:** | 2/21/2026 |
| **Lookback Price (through 5/1/26):** | $ 113.30 |

| Date | Action | Quantity | Price | (Cost) | Date | Action | Quantity | Price | Lookback Price | Greater of Sales Price and Lookback Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account #1 | | | | | | | | | | | | |
| 12/20/2024 | Purchased | 48,890 | $ 171.03 | $ (8,361,554) | | HELD | (48,890) | | $ 113.30 | $ 113.30 | $ 5,539,067 | **$ (2,822,486.65)** |
| 12/20/2024 | Purchased | 802 | $ 171.03 | $ (137,164.38) | | | | | | | | |
| | | | | | 2/12/2026 | Sold | (802) | $ 125.37 | | $ 125.37 | $ 100,546.74 | **$ (36,617.64)** |
| 12/20/2024 | Purchased | 4,404 | $ 171.03 | $ (753,206.87) | | | | | | | | |
| | | | | | 2/26/2025 | Sold | (4,404) | $ 147.65 | | $ 147.65 | $ 650,250.60 | **$ (102,956.27)** |
| 4/30/2025 | Purchased | 961 | $ 136.48 | $ (131,157.28) | | | | | | | | |
| | | | | | 2/12/2026 | Sold | (961) | $ 125.37 | | $ 125.37 | $ 120,480.57 | **$ (10,676.71)** |
| 4/30/2025 | Purchased | 174 | $ 136.48 | $ (23,747.52) | | | | | | | | |
| | | | | | 5/16/2025 | Sold | (174) | $ 143.84 | | $ 143.84 | $ 25,028.16 | **$ 1,280.64** |
| 6/20/2025 | Purchased | 821 | $ 134.52 | $ (110,438.70) | | | | | | | | |
| | | | | | 2/12/2026 | Sold | (821) | $ 125.37 | | $ 125.37 | $ 102,928.77 | **$ (7,509.93)** |
| 6/20/2025 | Purchased | 24 | $ 134.52 | $ (3,228.42) | | | | | | | | |
| | | | | | 7/22/2025 | Sold | (24) | $ 149.65 | | $ 149.65 | $ 3,591.60 | **$ 363.18** |
| 9/19/2025 | Purchased | 587 | $ 144.75 | $ (84,966.43) | | | | | | | | |
| | | | | | 2/12/2026 | Sold | (587) | $ 125.37 | | $ 125.37 | $ 73,592.19 | **$ (11,374.24)** |
| 9/19/2025 | Purchased | 160 | $ 144.75 | $ (23,159.50) | | | | | | | | |
| 12/19/2025 | Purchased | 581 | $ 146.34 | $ (85,021.91) | | | | | | | | |
| | | | | | 2/9/2026 | Sold | (741) | $ 133.95 | | $ 133.95 | $ 99,256.95 | **$ (8,924.46)** |
| Account #2 | | | | | | | | | | | | |
| 6/26/2020 | Purchased | 9,020 | $ 46.24 | $ (417,079) | | | | | | | | |
| | | | | | 10/13/2022 | Sold | (9,020) | $ 48.56 | | $ 48.56 | $ 438,011.20 | **$ 20,931.82** |
| 6/26/2020 | Purchased | 172 | $ 46.24 | $ (7,953.28) | | | | | | | | |
| 6/25/2021 | Purchased | 195 | $ 61.58 | $ (12,007.44) | | | | | | | | |
| 7/20/2021 | Purchased | 70 | $ 57.43 | $ (4,020.10) | | | | | | | | |
| | | | | | 9/15/2021 | Sold | (437) | $ 63.02 | | $ 63.02 | $ 27,539.74 | **$ 3,558.92** |
| 9/17/2021 | Purchased | 102 | $ 62.80 | $ (6,405.38) | | | | | | | | |
| 12/17/2021 | Purchased | 2,818 | $ 70.34 | $ (198,218.12) | | | | | | | | |
| 1/3/2022 | Merger Acquisition | 6,703 | $ 37.08 | $ (248,557.04) | | | | | | | | |
| 2/11/2022 | Purchased | 146 | $ 65.67 | $ (9,587.82) | | | | | | | | |
| 2/25/2022 | Purchased | 203 | $ 65.67 | $ (13,331.01) | | | | | | | | |
| 6/24/2022 | Purchased | 814 | $ 52.00 | $ (42,326.29) | | | | | | | | |
| | | | | | 10/13/2022 | Sold | (10,786) | $ 48.56 | | $ 48.56 | $ 523,768.16 | **$ 5,342.50** |
| 6/24/2022 | Purchased | 3,470 | $ 52.00 | $ (180,432.71) | | | | | | | | |
| | | | | | 9/20/2022 | Sold | (3,470) | $ 53.86 | | $ 53.86 | $ 186,894.20 | **$ 6,461.49** |

| Date | Action | Quantity | Price | (Cost) | Date | Action | Quantity | Price | Lookback Price | Greater of Sales Price and Lookback Price | Proceeds | (Loss)/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account #3 | | | | | | | | | | | | |
| 2/21/2024 | Purchased | 6,960 | $ 109.26 | $ (760,459) | | | | | | | | |
| | | | | | 3/5/2024 | Sold | (6,960) | $ 109.64 | | $ 109.64 | $ 763,106 | **$ 2,647.58** |
| 2/21/2024 | Purchased | 2,474 | $ 109.26 | $ (270,312) | | | | | | | | |
| | | | | | 5/22/2024 | Sold | (2,474) | $ 113.75 | | $ 113.75 | $ 281,407 | **$ 11,094.66** |
| Account #4 | | | | | | | | | | | | |
| 7/22/2022 | Transferred In | 1,864 | $ 48.98 | $ (91,297) | | | | | | | | |
| | | | | | 8/10/2022 | Sold | (1,864) | $ 59.50 | | $ 59.50 | $ 110,912 | **$ 19,614.50** |
| 7/22/2022 | Transferred In | 1,635 | $ 36.88 | $ (60,293) | | | | | | | | |
| | | | | | 8/10/2022 | Sold | (1,635) | $ 59.50 | | $ 59.50 | $ 97,287 | **$ 36,994.87** |
| 7/22/2022 | Transferred In | 1,541 | $ 57.64 | $ (88,820) | | | | | | | | |
| | | | | | 8/10/2022 | Sold | (1,541) | $ 59.50 | | $ 59.50 | $ 91,693 | **$ 2,872.11** |
| Account #5 | | | | | | | | | | | | |
| 2/16/2021 | Transferred In | 1,864 | $ 48.98 | $ (91,297) | | | | | | | | |
| | | | | | 7/22/2022 | Transferred Out | (1,864) | $ 48.98 | | $ 48.98 | $ 91,297 | **$ -** |
| 1/3/2022 | Merger Acquisition | 1,635 | $ 36.88 | $ (60,293) | | | | | | | | |
| | | | | | 7/22/2022 | Transferred Out | (1,635) | $ 36.88 | | $ 36.88 | $ 60,293 | **$ -** |
| 5/31/2022 | Purchased | 1,541 | $ 57.64 | $ (88,820) | | | | | | | | |
| | | | | | 7/22/2022 | Transferred Out | (1,541) | $ 57.64 | | $ 57.64 | $ 88,820 | **$ -** |

Merger Acquisition - On January 1, 2022, Apollo Global Management, Inc. completed a merger with Athene Holding Ltd., pursuant to which Athene shareholders received approximately 1.149 shares of Apollo common stock for each Athene share held. Pursuant to the closing of the merger, in Account #2, MSPERS acquired 6,703 shares of APO in exchange for 5,834 shares of ATH, originally purchased on 5/23/19 for $42.61 per share. In Account #5, MSPERS acquired 1,635 shares of APO in exchange for 1,423 shares of ATH, originally purchased on 2/21/21 for $42.37 per share. The per-share cost bases for these APO shares was calculated by dividing the original cost basis by 1.149 (*i.e.*, $46.61 / 1.149 = $37.08, and $42.37 / 1.149 = $36.88).

HELD - For those securities purchased during the Class Period and held through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. See 15 U.S.C. § 78u–4(e)(1). Both the *Feldman* and *Perez* Complaints allege this corrective information was revealed via CNN's February 21, 2026 article titled "How Wall Street's Apollo got tangled up again in the Epstein files." *Feldman*,¶ 46; Perez ¶ 49. Because February 21 was a Saturday, however, the corrective information arguably wasn't "disseminated to the market" until February 23, 2026, the next trading day. In that case, the 90-day lookback period won't expire until May 23, 2026. The lookback price utilized here is the average of the closing price of Apollo's stock from February 23, 2026, through May 1, 2026, the day of filing.

| | Loss Calculation | |
|---|---|---|
| | LIFO Dura Loss | $ (2,897,589.63) |
| (+) | Non-Exempt Gains | $ 111,162.27 |
| | **LIFO Dura Loss, Net of Gains** | **$ (2,786,427.36)** |
| | **Other** | |
| | Non-Dura Loss | $ (102,956.27) |
| | Exempt Gains | $ - |
| | Other Details | |
| | Gross Shares Purchased During CP | 84,535 |
| | Net Shares Retained | 48,890 |
| | Net Expenditures | $ (7,912,121.12) |
| | Purchased | $(11,848,825.23) |
| | Sold | $ 3,936,704.11 |