# Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**DECLARATION OF LAKEN RYALS IN SUPPORT OF PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

I, Laken Ryals, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I respectfully submit this Declaration in support of Public Employees' Retirement System of Mississippi's ("MSPERS") motion for consolidation of related actions, appointment as Lead Plaintiff, and approval of its selection of Lead Counsel in the instant Action(s) on behalf of investors in Apollo Global Management, Inc. ("Apollo" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge of the information contained in this Declaration.

2. I, Laken Ryals, am a Special Assistant Attorney General in the Consumer Protection Division in the Office of the Attorney General of the State of Mississippi (the "OAG"), and I am authorized to make this Declaration on behalf of MSPERS. MSPERS is a defined benefit pension fund headquartered in Jackson, Mississippi. With over $36 billion in assets under its management, MSPERS administers retirement benefits on behalf of more than 365,000 members. As reflected by its Certification, MSPERS incurred substantial losses on its transactions in Apollo securities during the Class Period.

3. MSPERS is a sophisticated institutional investor that understands, appreciates, and accepts the duties and fiduciary responsibilities with which a lead plaintiff is charged under the PSLRA. MSPERS is knowledgeable and familiar with the PSLRA's requirements and in overseeing counsel in actions prosecuted on behalf of absent class members through its experience serving as lead plaintiff and/or co-lead plaintiff in securities fraud class actions. *See* Miller Decl. at Ex. A – MSPERS PSLRA Certification (listing securities fraud class actions in which MSPERS has served as lead plaintiff within the last three years). Through its prior service as a lead plaintiff, MSPERS has monitored day-to-day litigation developments and overseen counsel for years and

therefore possesses the requisite institutional knowledge to manage a class action as lead plaintiff. MSPERS believes this experience will be a significant benefit to the Class.

4. MSPERS understands and appreciates that any lead plaintiff's obligation under the PSLRA is to select lead counsel and to monitor the actions of counsel to ensure the action is prosecuted efficiently. Prior to selecting Kahn Swick & Foti, LLC ("KSF") as its counsel, MSPERS engaged in a competitive process, conducted by the OAG, through which it evaluated several law firms based on, among other things: each firm's track record and expertise in securities class actions; the lawyers assigned to the Action(s); our communications with the law firms; and each firm's proposed strategy for prosecuting the Action(s). After receiving several proposals, MSPERS, through the OAG, determined that KSF would be ideally suited to represent MSPERS and the Class in the Action(s). Based on the firm's experience in achieving substantial recoveries in securities class actions, MSPERS believes KSF is well-qualified to represent the Class.

5. MSPERS has directed KSF to prosecute the Action(s) in an efficient, cost-effective manner while obtaining the best possible result for the Class. MSPERS will continue to supervise Proposed Lead Counsel and actively oversee the prosecution of the Action(s) for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending court proceedings, as necessary.

6. MSPERS understands that a lead plaintiff's share of any recovery is the same as every other potential class member. As MSPERS' Certification states, MSPERS will not accept any payment for serving as a representative party beyond its *pro rata* share, except any reasonable costs and expenses – such as travel expenses – directly related to the Class representation, as

ordered or approved by the Court pursuant to the PSLRA.

I declare under penalty of perjury that the foregoing is true and correct.

*Public Employees' Retirement System of Mississippi*

Dated: 4/30/26

Laken Ryals

Laken Ryals, Special Assistant Attorney General, Consumer Protection Division, Office of the Attorney General of the State of Mississippi