**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**[PROPOSED] ORDER GRANTING MOTION OF**
**PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI**
**FOR CONSOLIDATION OF RELATED ACTIONS,**
**APPOINTMENT AS LEAD PLAINTIFF, AND**
**APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

Having considered the motion of Public Employees' Retirement System of Mississippi ("Movant") to Consolidate the Above-Captioned Actions, Appoint it as Lead Plaintiff in the Consolidated Action, and Approve its Selection of Lead Counsel (the "Motion"), and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;
2. The above-captioned actions are hereby consolidated;
3. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Public Employees' Retirement System of Mississippi as Lead Plaintiff; and
4. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Movant's selection of Kahn Swick & Foti, LLC as Lead Counsel for the Class.

**SO ORDERED.**

DATED: ______________________

______________________________
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE