UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

SOLOMON FELDMAN, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

     vs.

APOLLO GLOBAL MANAGEMENT, INC.,
MARC ROWAN, and LEON BLACK

                  Defendants.

---------------------------------------------------------------- x

Civil Action No. 1:26-cv-01692-ALC

CLASS ACTION

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

4899-6325-0598.v1

I, DAVID A. ROSENFELD, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, counsel for lead plaintiff movants United Teamster Pension Fund-A and Insulators and Allied Workers National Pension Fund (the "Institutional Investors") and proposed lead counsel for the class in the above-captioned securities class action.  I make this declaration in support of the Institutional Investors' Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published on *Business Wire,* a national business-oriented wire service, on March 2, 2026;

Exhibit B:    The Institutional Investors' Sworn Certifications;

Exhibit C:    Chart of the Institutional Investors' estimated losses, prepared by counsel; and

Exhibit D:    The Institutional Investors' Joint Declaration.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of May, 2026.

_____
*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

- 1 -

4899-6325-0598.v1