UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK<br><br>Defendants. | Civil Action No. 1:26-cv-01692-ALC<br><br><u>CLASS ACTION</u><br><br>DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 |

The undersigned, counsel for proposed lead plaintiff movants United Teamster Pension Fund-A and Insulators and Allied Workers National Pension Fund (the "Institutional Investors"), certifies on behalf of the Institutional Investors that there is no corporation to disclose pursuant to Fed. R. Civ. P. 7.1(a)(1)(A).

DATED: May 1, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
JEREMY W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com
jdaniels@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
CHARLES W. GILLIGAN
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202/362-0041
cgilligan@odonoghuelaw.com

Additional Counsel