**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMAN FELDMAN,<br><br>           **Plaintiff,**<br><br>     **-against-**<br><br>APOLLO GLOBAL MANAGEMENT, INC.<br>ET AL,<br><br>           **Defendants.** | **1:26-cv-01692 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On May 1, 2026, a motion to appoint Khine Li to serve as lead plaintiff was filed. *See* ECF No. 10. That same day, a separate motion was filed to appoint Public Employees' Retirement System of Mississippi to serve as lead plaintiff. *See* ECF No. 12. That same day, a separate motion was filed to appoint United Teamster Pension Fund-A and Insulators and Allied Workers National Pension Fund to serve as lead plaintiff. *See* ECF No. 17. On May 4, 2026, Khine Li filed a notice of withdrawal of their motion to serve as lead plaintiff. *See* ECF No. 22.

The Court hereby **ORDERS** that any opposition by Plaintiff, Movants, or Defendants, to the motions to appoint a lead plaintiff and counsel should be filed by **May 21, 2026.** Any reply to such opposition should be filed by **May 28, 2026.**

**SO ORDERED.**

Dated:    **May 7, 2026**
          **New York, New York**

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**