# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550** |

**DECLARATION OF LEWIS KAHN IN FURTHER SUPPORT OF PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION**

I, Lewis Kahn, hereby declare as follows:

1. I am Managing Partner of Kahn Swick & Foti, LLC ("KSF"), Proposed Lead Counsel for the Class, and have personal knowledge of the facts set forth herein.

2. I make this Declaration in further support of the Motion of Public Employees' Retirement System of Mississippi ("MSPERS") for: (1) consolidation of the above-captioned Actions; (2) appointment as Lead Plaintiff in the Consolidated Action; and (3) approval of its selection of KSF as Lead Counsel, and in opposition to the competing motion for appointment.

3. On May 6, 2026, at approximately 5:01 p.m. CST, I received a telephone call from Darren Robbins, Partner at Robbins Geller Rudman & Dowd LLP ("RGRD"). I was not immediately available to take the call at that time and Robbins left me a voicemail message asking to "give me a call when you get a chance…."

4. I returned Robbins' telephone call on May 8, 2026, at approximately 3:30 p.m. CST, and we spoke for six minutes.

5. During the May 8 telephone conversation, Robbins suggested that MSPERS and KSF partner with RGRD and the Group in this Action, stating "Mississippi has no problem working with us." During the telephone conversation I informed Robbins that MSPERS was not interested in partnering with the Group as potential co-lead plaintiffs or otherwise.

6. As the Managing Partner of KSF, with headquarters in New Orleans and the former Louisiana AG Charles C. Foti, Jr. a named Partner, I am proud to support the State of Louisiana and the surrounding regions, including Mississippi, where many Louisianians have business and family ties and recreational interests. The firm has been a contributor to Lynn Fitch since 2019 when she was a candidate for Mississippi AG and throughout her tenure as Mississippi AG. In that

eight-year period, KSF has *never* served as lead counsel in a securities putative class action in which MSPERS was appointed lead plaintiff or co-lead plaintiff.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 27th day of May, 2026, at Mandeville, Louisiana.

Lewis Kahn