**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMAN FELDMAN,<br><br>        **Plaintiff,**<br><br>      **-against-**<br><br>APOLLO GLOBAL MANAGEMENT, INC.<br>ET AL,<br><br>        **Defendants.** | **1:26-cv-01692 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In related case *Perez v. Apollo Global Management, Inc. et al,* 26-cv-03550, Movant Public Employees' Retirement System of Mississippi has filed a motion to serve as lead plaintiff, appoint counsel, and consolidate this case with that consolidated action. Movants in this case are hereby **ORDERED TO SHOW CAUSE ("OSHOW")** as to why as to why the Court should not consolidate the two class actions. Further, Movants should address, if the cases are consolidated, what effect if any does consolidation have on the appointment of lead plaintiff and counsel. The Movants are ordered to file a response to this OSHOW by **August 6, 2026**.

**SO ORDERED.**

Dated:    **July 23, 2026**
           **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                      **United States District Judge**