**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-01692-ALC** |
| RICHARD PEREZ, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No. 1:26-cv-03550-ALC** |

**PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI'S**
**RESPONSE TO THE COURT'S JULY 23, 2026 ORDER TO SHOW CAUSE**

Lead Plaintiff Movant Public Employees' Retirement System of Mississippi ("MSPERS") respectfully submits this response to the Court's July 23, 2026, Order to Show Cause as to the consolidation of *Feldman v. Apollo Global Management, Inc., et al.*, No. 26-cv-01692-ALC ("*Feldman*") and *Perez v. Apollo Global Management, Inc., et al.*, No. 26-cv-03550-ALC ("*Perez*") (ECF No. 40).

MSPERS respectfully submits that the Court should consolidate *Feldman* and *Perez* for the reasons set forth in its May 1, 2026 motion. *See Feldman*, ECF No. 13 at 5. Proposed Lead Counsel Kahn Swick & Foti, LLC ("KSF") filed the *Perez* Complaint on April 29, 2026, in order to assert

1

and thereby preserve for the putative class additional claims and statements not alleged in *Feldman* in light of the Exchange Act's 5-year statute of repose. *See* 28 U.S.C. § 1658(b). Specifically, the *Perez* Complaint adds Section 10(b) scheme claims and Section 20A insider trading claims, as well as four additional misstatements not pled in the *Feldman* Complaint. *See Perez*, ¶¶ 22-29, 75-84, 90-97. Nevertheless, both the *Feldman* and *Perez* Complaints allege substantially similar facts and claims on behalf of substantially similar putative Classes during identical Class Periods against the same Defendants, such that consolidation is appropriate under Fed. R. Civ. P. 42(a). Moreover, Defendants previously stipulated that they "intend to request consolidation of [*Perez*] with [*Feldman*]." *Perez*, ECF No. 12 at 1.

As set forth in the PSLRA, once "the decision on the motion to consolidate is rendered…the court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions…." 15 U.S.C. § 78u-4(a)(3)(B)(ii). In light of the substantially similar facts, claims, and identical Class Periods alleged in *Feldman* and *Perez*, consolidation does not affect any considerations with respect to the appointment of lead plaintiff and lead counsel. Accordingly, MSPERS respectfully submits that "[c]onsolidating these suits promotes judicial economy and efficiency and these concerns are not outweighed by any prejudice or confusion." *Batter v. Hecla Mining Co.*, No. 19-cv-05719-ALC, 2020 WL 1444934, at *2 (S.D.N.Y. Mar. 25, 2020).

DATED: July 27, 2026                    Respectfully submitted,

                                        **KAHN SWICK & FOTI, LLC**

                                        */s/ Kim E. Miller*
                                        Kim E. Miller (KM-6996)
                                        230 Park Avenue, 3rd Floor West
                                        New York, NY 10169
                                        Telephone: (212) 696-3732
                                        Facsimile: (504) 455-1498

2

Email: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn (*admitted pro hac vice*)
Matthew P. Woodard (*admitted pro hac vice*)
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Email: lewis.kahn@ksfcounsel.com
Email: matthew.woodard@ksfcounsel.com

-and-

J. Ryan Lopatka (*admitted pro hac vice*)
33 N. Dearborn Street, Suite 1000
Chicago, IL 60602
Telephone: (312) 759-9700
Email: j.lopatka@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Public
Employees' Retirement System of Mississippi
and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

On July 27, 2026, the foregoing document was filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kim E. Miller
Kim E. Miller

3