UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

SOLOMON FELDMAN, Individually and on
Behalf of All Others Similarly Situated,

                         Plaintiff,

       vs.

APOLLO GLOBAL MANAGEMENT, INC.,
MARC ROWAN, and LEON BLACK

                    Defendants.

---------------------------------------------------------------- x

:  Civil Action No. 1:26-cv-01692-ALC

:  CLASS ACTION

:  THE INSTITUTIONAL INVESTORS'
:  RESPONSE TO THE COURT'S JULY 23,
:  2026 ORDER TO SHOW CAUSE

4933-3202-8612.v1

Proposed Lead Plaintiff United Teamster Pension Fund-A and Insulators and Allied Workers National Pension Fund (the "Institutional Investors") respectfully submit this response to the Court's July 23, 2026 Order to Show Cause.  ECF 40.

The Institutional Investors do not oppose consolidation of the *Feldman* and *Perez* actions under Federal Rule of Civil Procedure 42(a).

Under the Private Securities Litigation Reform Act of 1995, once "the decision on the motion to consolidate is rendered, . . . the court shall appoint the most adequate plaintiff as lead plaintiff for the consolidated actions."  15 U.S.C. §78u-4(a)(3)(B)(ii).  The Institutional Investors' motion for appointment as Lead Plaintiff and approval of their selection of Lead Counsel is fully briefed and respectfully remains pending before the Court.

DATED:  August 3, 2026

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4933-3202-8612.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
JEREMY W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com
jdaniels@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
CHARLES W. GILLIGAN
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC  20015
Telephone:  202/362-0041
cgilligan@odonoghuelaw.com

Additional Counsel

- 2 -