**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SOLOMAN FELDMAN,** | |
| **Plaintiff,** | **1:26-cv-01692 (ALC)** |
| **-against-** | **ORDER OF REFERENCE** |
| **APOLLO GLOBAL MANAGEMENT, INC. ET AL,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Ona T. Wang for the following purpose:

| | | | |
|---|---|---|---|
| _X _ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _X__ | Specific Non-Dispositive Motion/Dispute **ECF Nos. 10, 12, 17** | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

**SO ORDERED.**

**Dated:    August 6, 2026**
**          New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**