UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK<br><br>Defendants. | Civil Action No. 1:26-cv-01692-ALC<br><br><u>CLASS ACTION</u><br><br>NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF (ECF 17) |

PLEASE TAKE NOTICE that United Teamster Pension Fund-A and Insulators and Allied Workers National Pension Fund (the "Institutional Investors") hereby withdraw their motion for appointment as lead plaintiff (ECF 17).

DATED: September 11, 2026

ROBBINS GELLER RUDMAN
& DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
KENNETH P. DOLITSKY
JEREMY W. DANIELS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
dmyers@rgrdlaw.com
malbert@rgrdlaw.com
kdolitsky@rgrdlaw.com
jdaniels@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

O'DONOGHUE & O'DONOGHUE LLP
CHARLES W. GILLIGAN
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
Telephone: 202/362-0041
cgilligan@odonoghuelaw.com

Additional Counsel