**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOLOMON FELDMAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO GLOBAL MANAGEMENT, INC., MARC ROWAN, and LEON BLACK,<br><br>Defendants. | **Case No.: 1:26-cv-01692-ALC-OTW**<br><br>**NOTICE OF WITHDRAWAL OF WITHDRAWAL OF LEAD PLAINTIFF MOTION**<br><br>**CLASS ACTION** |

**PLEASE TAKE NOTICE** that Movant Khine Li ("Movant") hereby withdraws her notice of withdrawal, Dkt. No. 22, as further set forth in a letter from Phillip Kim, Esq., filed herewith. *See Reitan v. China Mobile Games & Entertainment Group, Ltd.,* 68 F.Supp.3d 390, 397 (S.D.N.Y. 2014) (citing cases).

Dated: September 18, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim

Phillip Kim, Esq.
Laurence M. Rosen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**SCHALL, BROWN & SCHWARTZ LLP**
Brian Schall, Esq.
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Phone: (310) 301-3335
Fax: (877) 590-0483
Email: brian@schallfirm.com

*Additional Counsel for Movant*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim
Phillip Kim